# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-11587-DJB |
| Hakeem T. Womack, | Chapter 13 |
| Debtor. | |

### Certificate of Service

I, Michael A. Cibik, certify that on April 23, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: April 23, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Method of Service: First Class Mail**

**Capital One**
Attn: Bankruptcy
1680 Capital One Dr
Mc Lean, VA 22102-3407

**Citibank**
Attn: Bankruptcy
388 Greenwich St
New York, NY 10013-2362

**Midwest Loan Services**
Attn: Bankruptcy
400 Quincy St
Hancock, MI 49930-1839

**Pentagon**
Attn: Bankruptcy
7940 Jones Branch Dr
Mc Lean, VA 22102-3381

**PFFCU**
Attn: Bankruptcy
901 Arch Street
Philadelphia, PA 19107

**Social Finance, Inc.**
Attn: Bankruptcy
234 1st St
San Francisco, CA 94105-2624

**Synchrony Bank**
Attn: Bankruptcy
777 Long Ridge Rd
Stamford, CT 06902-1247

**Target**
Attn: Bankruptcy
1000 Nicollet Mall
Minneapolis, MN 55403-2542

**U.S. Dept. of Education**
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005