B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

In re  HAKEEM T WOMACK                            ,                Case No.   2-26-BK-11587

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

 LVNV Funding LLC
Name of Transferee

LUMINARX SKYFI III HOLDINGS 2025 TRUST
Name of Transferor

Name and Address where notices to transferee should be sent: LVNV Funding LLC
PO Box 10587
Greenville SC 29603-0587

Court Claim # (if known): _____4_____
Amount of Claim: _____58,042.59_____
Date Claim Filed: _____5/20/2026_____

Phone:   (877) 264-5884
Last Four Digits of Acct #: _____9046_____

Phone: _____
Last Four Digits of Acct. #: ____9046____

Name and Address where transferee payments should be sent (if different from above):
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587
Phone:   (877) 264-5884
Last Four Digits of Acct #:_____9046_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lore'l Thompson                            Date:  6/4/2026
Transferee/Transferee's Agent
(877) 264-5884

AskBK@resurgent.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.