B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

In re HAKEEM T WOMACK                                        Case No.  26-11587

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Quantum3 Group LLC as agent for Sadino Funding LLC                PENTAGON FEDERAL CREDIT UNION

Name of Transferee                                               Name of Transferor

Name and Address where notices  to                               Court Claim # (if known): 9
transferee should be sent:                                       Amount of Claim: 4,289.68
Quantum3 Group LLC as agent for                                  Date Claim Filed:  06/24/2026
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Phone: (425) 242-7100                                            Phone:

Last Four Digits of Acct #:  8062                                Last Four Digits of Acct #: 8062

Name and Address where transferee
payments should be sent (if different from
above):
Quantum3 Group LLC
PO Box 2489
Kirkland, WA 98083-2489

Phone: (425) 242-7100
Last Four Digits of Acct #: 8062

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Teresa Swenson                                           Date: 08/12/2026
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*