United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-11587-djb
Hakeem T. Womack Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Sep 03, 2026 Form ID: 155 Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Hakeem T. Womack, 8267 Forrest Ave, Philadelphia, PA 19150-2007 |
| 15147682 | + | AMERICAN HERITAGE FEDERAL CREDIT UNION, c/o POWERS KIRN, LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 15129808 | + | PFFCU, Attn: Bankruptcy, 901 Arch Street, Philadelphia, PA 19107-2404 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15156792 | + | Email/Text: bankruptcy@midwestloanservices.com | Sep 04 2026 02:02:00 | AMERICAN HERITAGE FEDERAL CREDIT UNION, c/o Midwest Loan Services, PO Box 209, Hancock, MI 49930-0209 |
| 15129804 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 04 2026 02:16:13 | Capital One, Attn: Bankruptcy, 1680 Capital One Dr, Mc Lean, VA 22102-3407 |
| 15129805 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 04 2026 02:16:09 | Citibank, Attn: Bankruptcy, 388 Greenwich St, New York, NY 10013-2362 |
| 15149960 | + | Email/Text: RASEBN@raslg.com | Sep 04 2026 02:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15152364 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2026 02:05:48 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15144304 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2026 02:05:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15145061 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2026 02:05:48 | Luminarx Skyfi Iii Holdings 2025 Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15129812 | | Email/Text: EBN@Mohela.com | Sep 04 2026 02:02:00 | U.S. Dept. of Education, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 15129806 | | Email/Text: bankruptcy@midwestloanservices.com | Sep 04 2026 02:02:00 | Midwest Loan Services, Attn: Bankruptcy, 400 Quincy St, Hancock, MI 49930-1839 |
| 15157383 | | Email/Text: bkrgeneric@penfed.org | Sep 04 2026 02:02:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313-2032 |
| 15153974 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 04 2026 02:05:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15129807 | | Email/Text: bkrgeneric@penfed.org | Sep 04 2026 02:02:00 | Pentagon, Attn: Bankruptcy, 7940 Jones Branch Dr, Mc Lean, VA 22102-3381 |
| 15132879 | + | Email/Text: bankruptcy1@pffcu.org | Sep 04 2026 02:02:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 15174684 | | Email/Text: bnc-quantum@quantum3group.com | Sep 04 2026 02:02:00 | Quantum3 Group LLC as agent for, Sadino |

| | | | |
|---|---|---|---|
| | | | Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15129809 | Email/PDF: SoFiBKNotifications@resurgent.com | Sep 04 2026 02:05:48 | Social Finance, Inc., Attn: Bankruptcy, 234 1st St, San Francisco, CA 94105-2624 |
| 15129810 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2026 02:05:51 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1247 |
| 15129811 | Email/Text: bncmail@w-legal.com | Sep 04 2026 02:02:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JILL MANUEL-COUGHLIN | on behalf of Creditor AMERICAN HERITAGE FEDERAL CREDIT UNION bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Hakeem T. Womack help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

***Form 155*** (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Hakeem T. Womack<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26−11587−djb<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 3, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court